**Wydell EVANS, Petitioner–Appellant,**

v.

**SECRETARY, DEPARTMENT OF CORRECTIONS, Respondent–Appellee.**

No. 10–14920.

United States Court of Appeals, Eleventh Circuit.

July 13, 2012.

Richard E. Kiley, James Vincent Viggiano, Capital Collateral Regional Counsel, Tampa, FL, for Petitioner–Appellant.

Kenneth Sloan Nunnelley, Attorney General's Office, Daytona Beach, FL, for Respondent–Appellee.

---

Before DUBINA, Chief Judge, and TJOFLAT, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR, MARTIN and JORDAN, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.